NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRUCE SEARLE,**
*Appellant,*

v.

**HOWARD BERGER CO., INC.,**
*Appellee.*

---

2011-1130
(Cancellation No. 92051539)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Upon consideration of Bruce Searle's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Maureen B. Gorman, Esq.
    William J. Spatz, Esq.

s20

ISSUED AS A MANDATE: JAN 2 8 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK